No. 383. CUNNINGHAM v. ENGLISH ET AL. The motion to correct or amend title to designate or confirm the Board of Monitors as a party respondent is denied. Leave to file brief of the Board of Monitors in opposition to the petition for certiorari is granted. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit is denied.* *Jacques M. Schiffer* and *J. Benjamin Simmons* for petitioner. *Edward Bennett Williams, David Previant, Harold Ungar* and *Raymond W. Bergan* for English et al., respondents. *Martin F. O'Donoghue* for the Board of Monitors.

No. 415. ENGLISH ET AL. v. CUNNINGHAM ET AL. The motion to correct or amend the caption to designate or confirm the Board of Monitors as a party respondent is denied. Leave to file brief of the Board of Monitors in opposition to the petition for certiorari is granted. The application for a stay of the judgment and the motion of Anthony J. Distinti, Individually and as President of Local 277, I. B. T., et al., for leave to file brief, as-*amici curiae,* are denied. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit is also denied.* *Edward Bennett Williams, David Previant, Harold Ungar* and *Raymond W. Bergan* for petitioners. *Godfrey P. Schmidt* for respondents (except Cunningham). *Martin F. O'Donoghue* for the Board of Monitors. *Raymond R. Dickey* for Distinti et al.

No. 122, Misc. HILL v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se.* *Will Wilson,* Attorney General of Texas, and *W. V. Geppert* and *Geo. P. Blackburn,* Assistant Attorneys General, for respondents.

---

*[NOTE: These orders were amended December 7, 1959, *post,* p. 905.]